**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:20−cr−00282
　　　　　　　　　　　　　　　　　　　　　　　Honorable Jorge L. Alonso

John Brown, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 22, 2022:

　　　MINUTE entry before the Honorable Jorge L. Alonso as to John Brown: In light of Defendant's change of plea, Pretrial conference previously set for 2/24/22 and Jury trial previously set for 3/7/22 are stricken. Sentencing hearing remains set for 2/25/22 at 2:00 p.m. This hearing will be held in person. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.